**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HARRIS, | No. 14-cv-03971-EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| MARK OTTOVICH, et al., | |
| Defendants. | |

In view of the Report and Recommendation filed on September 19, 2014, the clerk shall REASSIGN the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: September 19, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge