UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREL K. HARRIS,

    Plaintiff,

  v.

MARK OTTOVICH, et al.,

    Defendant.

Case No.  14-cv-03971-VC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 6, 11

   The Court has reviewed Judge Laporte's Report and Recommendation and the objections filed by the defendants.  The Court adopts the Report in every respect.  Accordingly, the case is REMANDED to the Superior Court of California, County of Alameda.

   **IT IS SO ORDERED.**

Dated: October 20, 2014

_____

VINCE CHHABRIA
United States District Judge